A. C. MONK & CO., Appellant, v. UNITED STATES, Appellee.

No. 4742.

Circuit Court of Appeals, Third Circuit.

April 5, 1932.

Bigham, Englar, Jones & Houston, of New York City, and McDermott, Enright & Carpenter, of Jersey City, N. J. (T. Catesby Jones and James W. Ryan, both of New York City, of counsel), for appellant.

Phillip Forman, U. S. Atty., of Trenton, N. J. (Wm. E. Collins, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before BUFFINGTON and WOOLLEY, Circuit Judges, and THOMSON, District Judge.

PER CURIAM.

After full consideration of this case had in connection with (C. C. A.) 57 F.(2d) 1015, we are of opinion that this case was properly decided and should be affirmed.